UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ISIAH PRICE,

          Plaintiff,          No. 14-10194

v.          Hon. Gerald E. Rosen

ANGELIQUE JORDAN, et al.,

          Defendants.
_____/

ORDER SUSTAINING WAYNE COUNTY SHERIFF'S OBJECTION TO ORDER
ON MOTION TO QUASH SUBPOENA AND FINDING THE MATTER MOOT

        At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on November 2, 2015

        PRESENT:   Honorable Gerald E. Rosen
                          United States District Chief Judge

On September 14, 2015, the Wayne County Sheriff's Department filed an Objection [Dkt. #26], objecting, in part, to the Magistrate Judge's September 11, 2015 Order on the Motion to Quash the subpoena dated May 20, 2015 which served by the Plaintiff upon the Sheriff's Department. In his Order, the Magistrate Judge determined that Plaintiff's proposed modified subpoena [Attachment 1 to Plaintiff's 6/2/15 Response to Motion to Quash, Dkt. # 23], although narrower than his original subpoena, was still overly broad and therefore, granted the motion to quash, directing that the subpoena be further modified and then once again served upon the Department.

Meanwhile, before the Magistrate Judge entered his Order on September 11,

2015, the Sheriff's Department complied with and responded to Plaintiff's subpoena, as modified on June 2, 2015.

The Sheriff's Department having complied with a subpoena even broader than the modification ordered by the Magistrate Judge, the Wayne County Sheriff's Objection to the Order on Motion to Quash is sustained, and this subpoena matter, accordingly, now is declared MOOT.

SO ORDERED.

                                        s/Gerald E. Rosen
                                        Chief Judge, United States District Court

Dated: November 2, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 2, 2015, by electronic and/or ordinary mail.

                                        s/Julie Owens
                                        Case Manager, (313) 234-5135